USCA1 Opinion

 

 June 29, 1995 [NOT FOR PUBLICATION] UNITED STATE COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2143 KEVIN G. TAYLOR, Petitioner, Appellant, v. UNITED STATES OF AMERICA, Respondent, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Walter Jay Skinner, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Stahl, Circuit Judges. ______________ ____________________ Kevin G. Taylor on brief pro se. _______________ Donald K. Stern, United States Attorney, and Kimberly S. Budd, ________________ _________________ Assistant U.S. Attorney, on brief for appellee. ____________________ ____________________ Per Curiam. This is an appeal of a district court order __________ denying the motion of petitioner Kevin Taylor to set aside his conviction and sentence. See 28 U.S.C. 2255. We ___ affirm the district court's order substantially for the reasons given by Judge Skinner, adding a brief comment. Like the district court, we can find no indication that the lack of counsel at arraignment affected petitioner's subsequent trial. No presumption exists that lack of counsel at an arraignment prejudices all subsequent stages of the proceeding where, as here, the only significant happening at the arraignment was the entry of a not guilty plea. And, without some infection of the subsequent proceedings, there is no warrant for relief under 2255. Affirmed.  ________